IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Providence Props Inc.                    :
                                         :
            v.                           :   No. 933 C.D. 2018
                                         :
Limerick Township Board of               :
Supervisors,                             :
                      Appellant          :

## **O R D E R**

NOW, July 23, 2019, having considered Appellant's application for reargument, the application is denied.

                                    _____
                                    MARY HANNAH LEAVITT,
                                    President Judge